**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GIUSEPPE INCORVAIA,** *individually and on behalf of others similarly situated,*<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**TOTAL SAFETY CONSULTING, LLC,**<br><br>　　　　　Defendant. | Case No. 2:24-cv-09547-ES-JSA |

## NOTICE OF SETTLEMENT

　　Plaintiff, Giuseppe Incorvaia, by and through undersigned counsel, hereby gives notice that the Parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal with prejudice within thirty (30) days.

DATED:　　November 15, 2024

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SHAMIS & GENTILE P.A.
　　　　　　　　　　　　　　　　　　　/s/ Leanna A. Loginov
　　　　　　　　　　　　　　　　　　　Leanna A. Loginov, Esq. (NJ Bar No. 389742022)
　　　　　　　　　　　　　　　　　　　lloginov@shamisgentile.com
　　　　　　　　　　　　　　　　　　　14 NE 1st Ave., Suite 705
　　　　　　　　　　　　　　　　　　　Miami, Florida 33132
　　　　　　　　　　　　　　　　　　　Tel: (305) 479-2299

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

      By:   /s/ Leanna A. Loginov
      Leanna A. Loginov, Esq. (NJ Bar No. 389742022)

*Counsel for Plaintiff*