# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

GIUSEPPE INCORVAIA, individually and on behalf of all others similarly situated,

        Plaintiff,

   v.

TOTAL SAFETY CONSULTING, LLC.,

        Defendant.
_____/

**Case No. 2:24-CV-09547-ES-JSA**

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Giuseppe Incorvaia, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Giuseppe Incorvaia, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: January 16, 2025

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
*/s/ Leanna A. Loginov*
Leanna A. Loginov, Esq.
NJ Bar No. 389742022
loginov@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Tel: (305) 479-2299

*Counsel for Plaintiff*

SO ORDERED,

_____
Hon. Esther Salas, U.S.D.J.
Date: 1/21/2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: /s/ Leanna Loginov
Leanna Loginov, Esq.

Counsel for Plaintiff